UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT MORTON,                    )
                                  )
            Plaintiff,            )
                                  )
        v.                        )    Civil Action No.07-751 JR
                                  )
CARLOS M. GUITEREZ,               )
Secretary of Commerce,            )
                                  )
            Defendant.            )

<u>CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER</u>

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant hereby moves for a brief enlargement of time to July 6, 2007, to answer or otherwise respond to the complaint in this case. Defendant is in the process of preparing a motion to dismiss or, in the alternative, for summary judgment. He had anticipated completing it for filing today (July 3), but he was assigned a temporary restraining order case yesterday. Work on that case, which will continue through a second telephone hearing on July 5, has prevented the filing of the dispositive motion in this case today.

Undersigned counsel has spoken to plaintiff concerning this motion, and plaintiff states that he does not oppose it. Attached is a draft order reflecting the requested enlargement of

time.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
              /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT MORTON,                    )
                                  )
              Plaintiff,          )
                                  )
         v.                       )    Civil Action No.07-751 JR
                                  )
CARLOS M. GUITEREZ,               )
Secretary of Commerce,            )
                                  )
              Defendant.          )

<u>ORDER</u>

UPON CONSIDERATION of the consent motion by defendant for an enlargement of time to answer or otherwise respond to the complaint, and the record in this case, it is this _____ day of _____, 2007,

ORDERED that the time for defendant to answer the complaint is extended to July 6, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to plaintiff pro se
and counsel for defendant

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion For Extension Of Time To Answer was served by first-class mail, postage prepaid, on July 3, 2007, on:

Mr. Albert Morton
1430 W Street, S.E.
Washington, D.C. 20230

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201