UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT MORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.07-751 JR |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| Secretary of Commerce, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's motion for summary judgment appears at docket number 3 as part of defendant's motion to dismiss or, in the alternative, for summary judgment.

Respectfully submitted,

/s/
FRED E. HAYNES, D.C. Bar#165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201