UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT MORTON,            ) | |
|           Plaintiff,         ) | |
|           v.                       ) | Civil Action No.07-751 (JR) |
| CARLOS M. GUTIERREZ,  ) | |
| Secretary of Commerce,     ) | |
|           Defendant.       ) | |

MOTION FOR BRIEF EXTENSION OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a brief Enlargement of Time to and including August 10, 2007 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Plaintiff does not consent to this motion.[1]

The additional time is requested because the counsel assigned to this case, Fred E. Haynes, is on sick leave from August 7-9, 2007. Mr. Haynes was unable to complete defendant's reply prior to his departure for sick leave due to other litigation responsibilities, including the filing of a Motion for Summary Affirmance in <u>Valdez v. United States Department of Justice</u>, C.A. No. 04-0950 (RMC).

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

---

[1] Due to an inadvertence, Defendant's Motion to Dismiss was forwarded to Plaintiff with an incorrect zip code. The correct zip code is set forth in the attached Certificate of Service. Counsel regrets the inconvenience to the Plaintiff.

Respectfully submitted,


JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney


\_\_/s/_____
FRED E. HAYNES, DC Bar # 165654
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been mailed via first class U.S. mail, postage prepaid this 7th day of August, 2007 to:

Mr. Albert Morton
1430 W Street, S.E.
Washington, D.C. 20020-4814

__ /s/_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT MORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.07-751 JR |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary of Commerce, | ) |
| | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, Plaintiff's Opposition thereto, and for good cause shown, on this _____ day of August, 2007,

ORDERED that the Defendant's Motion should be, and is hereby, granted and Defendant shall have up to and including August 10, 2007 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Fred E. Haynes
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Albert Morton
1430 W Street, S.E
Washington, DC 20020