UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALBERT MORTON, )
)
           Plaintiff, )
)
v. ) Civil Action No.07-751 JR
)
CARLOS M. GUTIERREZ, )
Secretary of Commerce, )
)
           Defendant. )

ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the Plaintiff's lack of consent ~~Opposition~~ thereto, and for good cause shown, on this 8th day of August, 2007,

ORDERED that the Defendant's Motion should be, and is hereby, granted and Defendant shall have up to and including August 10, 2007 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

/s/ Rosemary M. Collyer
_____
for JAMES ROBERTSON
United States District Judge

Copies:

Fred E. Haynes
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Albert Morton
1430 W Street, S.E
Washington, DC 20020