**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALBERT MORTON, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-0751 (JR) |
| | : |
| CARLOS M. GUITERREZ, Secretary, | : |
| Department of Commerce, | |
| | : |
|     Defendant. | : |

### ORDER

For the reasons stated in the accompanying memorandum, defendant's motion to dismiss [3] is **GRANTED**.


                        JAMES ROBERTSON
            United States District Judge