U.S. DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ALBERT MORTON

    PLANTIFF

  V                                              C.A.07-0751S.R.

CARLOS M GUSTERROG SECRETARY

DEPERMENT OF COMMERECE

    DEFENDANT

<u>APPEAL</u>

ALBERT MORTON, PLANTIFF IS APPEALING THE DECISION OF DIMISSAL NOTIFIED ON FEBUARY, 4, 2008

ALBERT MORTON

1430 W. ST. S.E.

WASH. D.C. 20020

Copy mail to
U S Attorney
950, Penn ave N.W.
Wash D C 2000